### HOOD *v.* HOOD.

LUMPKIN, J. Under the pleadings and the evidence there was no abuse of discretion in awarding to the wife temporary alimony of $15 per month and counsel fees of $25.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent, and* ATKINSON and BECK, JJ., dissenting. Error was assigned upon a judgment at an interlocutory hearing, granting temporary alimony and attorney's fees to the wife in a case where there was pending an action by the wife for divorce solely on the ground of cruel treatment. The evidence failed to prove the ground of divorce. The testimony of the plaintiff and that of other witnesses introduced by her showed all that she relied on as a basis for the charge of cruel treatment, and it affirmatively appeared that the conduct of her husband was not sufficient to constitute cruel treatment within the meaning of the law. *Miller* v. *Miller* 139 *Ga.* 282 (77 S. E. 21) ; *Cureton* v. *Cureton, 132 Ga.* 745 (65 S. E. 65). The evidence being of the character just mentioned, it was an abuse of discretion to allow the plaintiff alimony and attorney's fees. *Williams* v. *Williams,* 114 *Ga.* 772 (40 S. E. 782). See also *Stoner* v. *Stoner,* 134 *Ga.* 368 (4), 369 (67 S. E. 1030).

SEPTEMBER 17, 1915.

Temporary alimony. Before Judge Mathews. Bibb superior court. November 21, 1914.

*Newman & Newman,* for plaintiff in error.